IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:09mc00048 AWI |
| | ) | |
| | ) | ORDER REGARDING |
| | ) | WRITS OF GARNISHMENT |
| Plaintiff, | ) | (Document 13) |
| | ) | |
| vs. | ) | |
| | ) | |
| STANLEY D. HENRY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant Stanley D. Henry ("Defendant") filed objections and a request for hearing regarding a writ of garnishment by the United States of America as to his accounts with Ticor Title Company of California on January 4, 2010. The matter was heard on January 15, 2010, before the Honorable Dennis L. Beck, United States Magistrate Judge. Defendant Stanley D. Henry appeared on his own behalf. Glen Dorgan, Assistant United States Attorney, appeared on behalf of Plaintiff United States of America ("United States").

**Procedural Background**

The United States filed an application for writ of garnishment of Defendant's accounts at Kern Federal Credit Union on December 4, 2009. The Clerk of the Court issued the writ on December 8, 2009.

1

1  On December 15, 2009, the United States also filed an application for writ of garnishment as to Defendant's accounts with Ticor Title Company of California on December 15, 2009. The Clerk of the Court issued the writ on December 15, 2009.

On December 17, 2009, the United States served Defendant by first class and certified mail with copies of both applications, both writs, and notices and instructions.

On December 21, 2009, Garnishee Kern Federal Credit Union filed an acknowledgment of service and an answer.

On December 23, 2009, Garnishee Ticor Title Company ("Ticor") filed an acknowledgment of service and an answer. According to its answer, Ticor has $7,626.00 belonging to Defendant. Ticor described the funds as "overage of funds received and disbursed through escrow in the purchase of subject property by Debtor."

On January 4, 2010, Defendant filed objections and a request for hearing.

On January 15, 2010, the United States filed a response to Defendant's objections. The United States moves that the Court order Ticor to garnish and pay to the United States the sum of $7,626.00.

## Factual Background

On June 9, 2004, Defendant was convicted of seven (7) counts of mail fraud and aiding and abetting. He was sentenced to prison for 27 months and a term of supervised release for 36 months. He also was sentenced to pay $96,233 in restitution, together with interest and statutory penalties, to the California Employment Development Department and a special assessment of $700.00. United States' Response to Defendant's Objection to Writ of Garnishment ("Response"), p. 2 and Exhibit 1.

The United States filed a notice of lien in Kern County on July 19, 2004, pursuant to 18 U.S.C. § 3613(a). Response, p. 2 and Exhibit 2.

While in prison, Defendant reportedly made 2 payments of $25.00. While on supervised release, he made payments totaling $650 in 2006, payments totaling $550 in 2007, and payments totaling $650 in 2008. Between November 2008 and October 5, 2009, Defendant paid nothing. Since October 5, 2009, when Defendant contacted the United States Attorney about subrogating its

lien so he could purchase a house, he has made 3 payments of $100.  Response, p. 2 and Exhibit 3.  In the 66 months since his conviction, Defendant has paid the $700 special assessment and $1,500 towards restitution.

**Discussion**

Defendant claims that the escrow account with Ticor contains funds from co-borrower, Linda Rodriguez, in the amount of $2,500.00.  Defendant further indicates that two weeks prior to garnishment, he made an agreement with United States Department of Justice Financial Officer Nancy Parr-Leskin to make monthly payments in the amount of $200.00.  Defendant attached an Overdue Debtor Statement from the U.S. Department of Justice dated December 17, 2009.

In opposition, the United States argues that (1) Ticor has not listed any other person as having interest in the $7,626.00 in Defendant's escrow account; (2) Defendant has not submitted documents to support his claim that $2,500.00 belongs to Linda Rodriguez; and (3) his loan application and credit union statements for October and November 2009 show that he deposited $7,626 as earnest money with Ticor.

At the hearing, Defendant reported that he had additional documents regarding the monies in the Ticor escrow account.  After a discussion between the parties, the United States represented that it was satisfied that the Ticor escrow account contained $2,500 belonging to Linda Rodriguez.  Accordingly, based on the parties' agreement, $2,500 in the Ticor escrow account is ordered RELEASED from the United States' writ of garnishment.  The United States' writ of garnishment is LIMITED to the remaining balance of the Ticor escrow account of $5,126.

Based on the agreement of the parties, the account balance of approximately $300 in Defendant's Kern Federal Credit Union account also is ordered RELEASED from the United States' writ of garnishment.

IT IS SO ORDERED.

**Dated:  January 15, 2010**          /s/ Dennis L. Beck
                                     UNITED STATES MAGISTRATE JUDGE

3